FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RENTERIA CAMILO LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DISTRICT ATTORNEY'S OFFICE;<br>BENTON COUNTY PROSECUTOR'S<br>OFFICE; and PASCO COUNTY<br>PROSECUTOR'S OFFICE,<br><br>    Defendants. | No. 4:22-CV-05101-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is *pro se* Plaintiff's Motion to Dismiss, ECF No. 7. Plaintiff moves to dismiss this action without prejudice. Defendants have not been served, and an answer has not been filed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the Court accepts Plaintiff's voluntary dismissal.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss, ECF No. 7, is **GRANTED**.
2. The above-captioned case and any claims therein are **DISMISSED, without prejudice**.
3. The District Court Executive is directed to **CLOSE the file**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 7th day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** *2